UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-128-FDW

| | |
|---|---|
| CHRISTOPHER CHARLES HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| FNU CONNELLY, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court following receipt of a letter from Plaintiff dated November 10, 2014, seeking assistance from the Court in determining the first names of the four named Defendants in this action. See (Doc. No. 9). The Court finds that no action is necessary at this time, and Plaintiff shall prepare and submit the summons forms to the Clerk with the last names of each Defendant only. If service is not successfully made on Defendants based solely on their last names, the Court will take further action if appropriate. As to Plaintiff's statement that the original Complaint misspelled Defendant Connolly, the Court takes notice of the proper spelling for this Defendant.

Signed: November 21, 2014

Frank D. Whitney
Chief United States District Judge