# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### 5:14-cv-128-FDW

| | | |
|---|---|---|
| **CHRISTOPHER CHARLES HARRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| **FNU CONNELLY, et al.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the Court following the receipt of a document filed by Plaintiff on January 22, 2015, titled "Subpoena for Production of Documentary Evidence," and a letter from Plaintiff to the Clerk of this Court requesting ten subpoena forms. This Court notifies Plaintiff that, to the extent Plaintiff is seeking to engage in discovery in this action, discovery is premature, as Defendants have not filed an Answer in this matter or otherwise responded. When the Defendants do so, this Court will, in accordance with Rules 16 and 26 of the Federal Rules of Civil Procedure, enter a scheduling order setting forth the deadlines for discovery and the filing of dispositive motions. See FED. R. CIV. P. 16(b), 26(f). Furthermore, when the time for discovery does commence, requests for discovery shall be submitted to Defendants rather than the Court.

**IT IS SO ORDERED**.

Signed: January 26, 2015

Frank D. Whitney
Chief United States District Judge