UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-128-FDW

| CHRISTOPHER CHARLES HARRIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| FNU CONNOLLY, et al., | ) | |
| Defendants. | ) | |

**UPON THE MOTION** of Defendants, pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, (Doc. No. 30), to take Plaintiff's deposition, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants may take the deposition of Plaintiff Christopher Harris at the Alexander Correctional Institution in a room to be designated by the administrator of the institution at a date to be selected; and it is further ordered that a guard will be present during the taking of this deposition.

**IT IS SO ORDERED.**

Signed: May 13, 2015

Frank D. Whitney
Chief United States District Judge

1